James Sung Pi, Calif. Bar No. 188880
LAW OFFICES OF HARRY J. BINDER
AND CHARLES E. BINDER, P.C.
60 East 42nd Street Suite 520
New York, NY 10165
Phone (212) 677-6801
Fax   (646) 273-2196
Email:  fedcourt@binderlawfirm.com

Attorneys for Plaintiff Kevin Rivera

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN RIVERA, | ) | No.: 5:15-cv-01917-PLA |
| | ) | |
| Plaintiff, | ) | **ORDER AWARDING ATTORNEY** |
| | ) | **FEES UNDER THE EQUAL** |
| v. | ) | **ACCESS TO JUSTICE ACT,** |
| | ) | **PURSUANT TO 28 U.S.C. § 2412(d),** |
| CAROLYN W. COLVIN, | ) | **AND COSTS, PURSUANT TO 28** |
| Acting Commissioner of Social | ) | **U.S.C. § 1920** |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of FIVE THOUSAND TWO HUNDRED DOLLARS ($5,200.00), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED DOLLARS ($400.00), subject to the terms of the above-referenced Stipulation, to include the United States Department of the

1

Treasury's Offset Program pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). Any payment shall be delivered to Plaintiff's counsel.

Dated: September 14, 2016

*Paul L. Abrams*
Paul L. Abrams
United States Magistrate Judge